NATHAN J. PACKARD, Respondent, *v.* ANNA E. LYON et al., Appellants.

*Packard* v. *Lyon,* 150 App. Div. 896, appeal dismissed.
(Argued September 30, 1912; decided October 8, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 5, 1912, which reversed an order of Special Term confirming the report of a referee in foreclosure proceedings.

The motion was made upon the ground that the order appealed from was not a final order in any action or special proceeding.

*Glenn M. Congdon* for motion.

*A. H. Van Buren* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.